UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

GWENDOLYN MCCLARAN,

    Plaintiff,

v.                                                          No. 5:24-CV-051-H

WALGREEN CO., et al.,

    Defendants.

### ADMINISTRATIVE CLOSURE ORDER

The parties have advised the Court that they have settled this case. *See* Dkt. No. 22. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The parties are directed to submit either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement by June 23, 2025.

So ordered on April 30, 2025.

                                                                                  _____
                                                                                  JAMES WESLEY HENDRIX
                                                                                  UNITED STATES DISTRICT JUDGE